UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SYNY LOGISTICS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  22-cv-00764 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| GREAT LAKES INSURANCE, S.E. | ) | |
| | ) | |
| Defendant | ) | |

## JOINT STATUS REPORT

The parties, through their respective attorneys, and in accordance with the Court's Order entered on April 21, 2022, submit this Joint Status Report.

On April 21, 2022, this Court ordered the Parties to file a lawsuit summarizing the Parties' settlement efforts and to provide the status of discovery in this case.

1. Syny Logistics, Inc., issued Interrogatories and Request for Production of Documents to Great Lakes Insurance SE on May 6, 2022.

2. Great Lakes Insurance SE has not responded to the written discovery.

3. Great Lakes Insurance SE has not issued any written discovery in this case.

4. In the absence of discovery responses, the Parties have not had any discussions concerning settlement and a settlement conference cannot be scheduled without Great Lake's compliance with discovery.

**SYNY LOGISTICS, INC.**
By: /s/ Tomasz Koziol
Kurt E. Vragel, Jr., P.C.
1701 E. Lake Ave. #170
Glenview, IL 60025
(847) 657-8551
tom@kevtrucks.com

Dated: June 21, 2022

**GREAT LAKES INSURANCE S.E.**
By:/s/Michael J. O'Malley
Wilson Elser Moskowitz Edelman & Dickler
55 W. Monroe Street, Suite 3800
Chicago, Illinois 60603

Michael.o'malley@wilsonelser.com

Dated: June 21, 2022