UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SYNY LOGISTICS, INC.,

Plaintiff(s),

v.

GREAT LAKES INSURANCE SE,

Defendant(s).

Case No. 1:22-cv-0764
Judge Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

    which ☐ includes       pre–judgment interest.
    ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

☒ other: The Court is granting summary judgment to Defendant on all Plaintiff's claims and granting summary judgment to Defendant on its counterclaims. The complaint is hereby dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger.

Date: 9/30/2023                     Thomas G. Bruton, Clerk of Court

                                                    Jessica J. Ramos, Deputy Clerk